396 A.2d 65

Wanniger v. Wanniger, Appellant.

Argued April 11, 1978. Mark A. Senick, for appellant; Bernard Wanniger, appellee, *in propria persona*.

Order affirmed.

HESTER, J., dissented.

The above case was decided prior to the retirement of HOFFMAN, J.